

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2015

No. 04-14-00670-CR

Simon Rene **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10101
Honorable Mary D. Roman, Judge Presiding

# O R D E R

On April 7, 2015, Appellant filed his fourth motion for extension of time to file his brief. Appellant subsequently filed his brief on April 20, 2015. Appellant's motion is granted and Appellant's brief is timely filed. The State's brief is due to be filed May 20, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court